```
 1  ANDRÉ BIROTTE JR.
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
 4  HEATHER M. MELTON, CSBN 260870
    Special Assistant United States Attorney
 5       Social Security Administration
 6       333 Market St., Suite 1500
 7       San Francisco, CA  94105
         Telephone: (415) 977-8940
 8       Facsimile: (415) 744-0134
 9       Email: heathermelton@ssa.gov
10  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| A.S.N. (Child), <br> *Guardian Ad Litem*, Lydia Barajas <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of Social Security, <br><br> Defendant. | _____ <br><br> Case No. CV 10-05379-MAN <br><br> [~~PROPOSED~~] JUDGMENT OF REMAND |

The Court having approved the parties' Stipulation to remand this case pursuant to sentence 4 of 42 U.S.C. § 405(g) for further proceedings consistent with that Stipulation and for entry of judgment for plaintiff, judgment is hereby entered for plaintiff.

**IT IS SO ORDERED.**

DATED: April 5, 2011

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

-1-